# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

_Ocala_ Division

### CIVIL RIGHTS COMPLAINT FORM

Eugene C. Johnson
3290 N.W. 10th Street
Ocala Florida 34475-4550

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 5:20-CV-249Oc2PRL
(To be supplied by Clerk's Office)

v.

James P. Tarquin
1111 N.E 25th Avenue
Ocala, Florida 34470
Bar #906190

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED 2020 JUN -3 AM 11:39 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Marion County Jail
(Indicate the name and location)
3290 N.W. 10th Street Ocala, Florida 34475-4550

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): Not Applicable

      Defendant(s): Not Applicable

   2. Court (if federal court, name the district; if state court, name the county): Not Applicable

   3. Docket Number: Not Applicable

   4. Name of judge: Not Applicable

   5. Briefly describe the facts and basis of the lawsuit: Not Applicable

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Not Applicable

   7. Approximate filing date: Not Applicable

   8. Approximate disposition date: Not Applicable

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_Not Applicable_

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: _Eugene C. Johnson_

Mailing address: _3290 N.W. 10th Street_
_Ocala Florida 34475-4550_

B. Additional Plaintiffs: _Not Applicable_

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _James P. Tarquin_

Mailing Address: _1111 N.E. 25th Avenue_
_Ocala, Florida 34475-4550_

Position: _Attorney at Law_

Employed at: _James P. Tarquin Law Firm_

D. Defendant: _Not Applicable_

Mailing Address: _Not Applicable_

DC 225 (Rev 2/2012)

3

Position: Not Applicable
Employed at: Not Applicable
E. Defendant: Not Applicable
Mailing Address: Not Applicable

Position: Not Applicable
Employed at: Not Applicable
F. Defendant: Not Applicable
Mailing Address: Not Applicable

Position: Not Applicable
Employed at: Not Applicable
G. Defendant: Not Applicable
Mailing Address: Not Applicable

Position: Not Applicable
Employed at: Not Applicable

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

There has been a claim of Professional Malpractice and Negligence under $26 Artical X. and Artical V. of the State Constitution of Florida, Whereas Mr. James P. Tarquin Failed to render legal counsel as licensed by the Bar Association Bar # 906190 and Breached his Contracted.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

Mr. James P. Tarquin Attorney at law was put under contract to represent me in my court case. There was an agreed upon payment of 7,500.00 dollars with the addition of 300.00 dollars to begin the paper work for trial, which includes the civil case pertaining to the confiscated money. Mr Tarquin gave ficticous court dates of pretrail, jury selection and, trial, coercing me into taking an outrageous plea deal

DC 225 (Rev 2/2012)

of 78 months, which I had to reject and retain new counsel.

Mr Tarquin was incompetent in the fact he allowed criminal charges from Mr. Reedy to be added to my score sheet and a cover page with his name and finger prints were also included. I then felt it was in my best interest to dismiss him from my case and retain new counsel. This was a set back finanically and mentally not to mention the time lost. This set back has effected not only me but family as well as leaving me incarcerated in the Marion County Jail.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I am asking the courts to take action in this

Professional Malpractice preformed by James P. Tarquin for monetary damages of requested fees paid in full under contract to represent me in my court case. There needs to be finanical releaf by reimbursement of $7,800.00 with interest and for the mental anguish cause by the unethical practice of Mr. Tarquin.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 31 day of May, 2020.

_Eugene Johnson_

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 31 day of May, 20 20.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Eugene C. Johnson
_Plaintiff/Petitioner_
v.
James P. Tarquin
_Defendant/Respondent_

Civil Action No. 5:20-CV-249OC2PRL

FILED 2020 JUN -3 PM 12:08

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Marion County Jail__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per

(specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ __0__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: Semi Trailer Flat Bed Only

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: 0 Not Applicable

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: 0 Not Applicable

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: 0 Not Applicable

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 5-31-20

Eugene Johnson
_____
Applicant's signature

Eugene C. Johnson
_____
Printed name

Eugene Johnson, #A0020554
3180 N.W. 10th Street
Ocala, Florida 34475-4550

U.S. District Court Federal Bldg.
207 N.W. Second Street
Ocala, Florida 34475-6682

SCREENED
Kim By USMS

INMATE MAIL