```
====================================================
                        MARION COUNTY JAIL
====================================================
                      Resident Account Summary                    FILED
                      Tuesday, June 23, 2020  @14:39    5:20-CV-249
====================================================
For PIN: 0020554     JOHNSON, EUGENE CLARK
                                                                  2020 JUN 29 PM 1:02
 Date       Transaction  Description              Amount    Balance   Owed    Held   Reference
 ----------------------------------------------------------------------------------------------
 06/23/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00    14.78    0.00   06/23/2020
 06/22/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00    11.78    0.00   06/22/2020
 06/21/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00     8.78    0.00   06/21/2020
 06/20/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00     5.78    0.00   06/20/2020
 06/19/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -0.22     0.00     2.78    0.00   06/19/2020
 06/19/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.22     3.00    0.00   06/19/2020
 06/18/2020 EPR          OID:100222710-ComisaryPurc -26.73   0.22     0.00    0.00   06/18/2020
 06/18/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    26.95     0.00    0.00   06/18/2020
 06/18/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    29.95     3.00    0.00   06/18/2020
 06/17/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    29.95     0.00    0.00   06/17/2020
 06/17/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    32.95     3.00    0.00   06/17/2020
 06/16/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    32.95     0.00    0.00   06/16/2020
 06/16/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    35.95     3.00    0.00   06/16/2020
 06/15/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    35.95     0.00    0.00   06/15/2020
 06/15/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    38.95     3.00    0.00   06/15/2020
 06/14/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    38.95     0.00    0.00   06/14/2020
 06/14/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    41.95     3.00    0.00   06/14/2020
 06/13/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    41.95     0.00    0.00   06/13/2020
 06/13/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    44.95     3.00    0.00   06/13/2020
 06/12/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    44.95     0.00    0.00   06/12/2020
 06/12/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    47.95     3.00    0.00   06/12/2020
 06/11/2020 EPR          OID:100222211-ComisaryPurc -34.34  47.95     0.00    0.00   06/11/2020
 06/11/2020 ERF          OID:100218396-ComisaryRefu  7.40   82.29     0.00    0.00   06/11/2020
 06/11/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    74.89     0.00    0.00   06/11/2020
 06/11/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    77.89     3.00    0.00   06/11/2020
 06/10/2020 <FOOD FEE>   Payment for FOOD FEE on 20 -3.00   77.89     0.00    0.00   06/10/2020
 06/10/2020 <FOOD FEE>   Payment for FOOD FEE on 20 -3.00   80.89     3.00    0.00   06/10/2020
 06/10/2020 <FOOD FEE>   Payment for FOOD FEE on 20 -3.00   83.89     6.00    0.00   06/10/2020
 06/10/2020 <FOOD FEE>   Payment for FOOD FEE on 20 -3.00   86.89     9.00    0.00   06/10/2020
 06/10/2020 <FOOD FEE>   Payment for FOOD FEE on 20 -3.00   89.89    12.00    0.00   06/10/2020
 06/10/2020 <FOOD FEE>   Payment for FOOD FEE on 20 -3.00   92.89    15.00    0.00   06/10/2020
 06/10/2020 <FOOD FEE>   Payment for FOOD FEE on 20 -3.00   95.89    18.00    0.00   06/10/2020
 06/10/2020 <FOOD FEE>   Payment for FOOD FEE on 20 -1.11   98.89    21.00    0.00   06/10/2020
 06/10/2020 CYBERSUITE   44278313                  100.00  100.00    22.11    0.00   06/10/2020
 06/10/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00    22.11    0.00   06/10/2020
 06/09/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00    19.11    0.00   06/09/2020
 06/08/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00    16.11    0.00   06/08/2020
 06/07/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00    13.11    0.00   06/07/2020
 06/06/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00    10.11    0.00   06/06/2020
 06/05/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00     7.11    0.00   06/05/2020
 06/04/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     0.00     4.11    0.00   06/04/2020
 06/03/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -1.89     0.00     1.11    0.00   06/03/2020
 06/03/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     1.89     3.00    0.00   06/03/2020
 06/02/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     1.89     0.00    0.00   06/02/2020
 06/02/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     4.89     3.00    0.00   06/02/2020
 06/01/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     4.89     0.00    0.00   06/01/2020
 06/01/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00     7.89     3.00    0.00   06/01/2020
 05/31/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     7.89     0.00    0.00   05/31/2020
 05/31/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    10.89     3.00    0.00   05/31/2020
 05/30/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    10.89     0.00    0.00   05/30/2020
 05/30/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    13.89     3.00    0.00   05/30/2020
 05/29/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    13.89     0.00    0.00   05/29/2020
 05/29/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    16.89     3.00    0.00   05/29/2020
 05/28/2020 EPR          OID:100220569-ComisaryPurc -29.57  16.89     0.00    0.00   05/28/2020
 05/28/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    46.46     0.00    0.00   05/28/2020
 05/28/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    49.46     3.00    0.00   05/28/2020
 05/27/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    49.46     0.00    0.00   05/27/2020
 05/27/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    52.46     3.00    0.00   05/27/2020
 05/26/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    52.46     0.00    0.00   05/26/2020
 05/26/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    55.46     3.00    0.00   05/26/2020
 05/25/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00    55.46     0.00    0.00   05/25/2020
 05/25/2020 FOOD FEE     DAILY SUBSISTANCE FEE      3.00    58.46     3.00    0.00   05/25/2020
 ----------------------------------------------------------------------------------------------
                                       Page 1
```

```
===================================================
                    MARION COUNTY JAIL
===================================================
                   Resident Account Summary
                  Tuesday, June 23, 2020  @14:39
```

For PIN: 0020554    JOHNSON, EUGENE CLARK

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 05/24/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 58.46 | 0.00 | 0.00 | 05/24/2020 |
| 05/24/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 61.46 | 3.00 | 0.00 | 05/24/2020 |
| 05/23/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 61.46 | 0.00 | 0.00 | 05/23/2020 |
| 05/23/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 64.46 | 3.00 | 0.00 | 05/23/2020 |
| 05/22/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 64.46 | 0.00 | 0.00 | 05/22/2020 |
| 05/22/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 67.46 | 3.00 | 0.00 | 05/22/2020 |
| 05/21/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 67.46 | 0.00 | 0.00 | 05/21/2020 |
| 05/21/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 70.46 | 3.00 | 0.00 | 05/21/2020 |
| 05/20/2020 | EPR | OID:100219366-ComisaryPur( | -40.90 | 70.46 | 0.00 | 0.00 | 05/20/2020 |
| 05/20/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 111.36 | 0.00 | 0.00 | 05/20/2020 |
| 05/20/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 114.36 | 3.00 | 0.00 | 05/20/2020 |
| 05/19/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 114.36 | 0.00 | 0.00 | 05/19/2020 |
| 05/19/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 117.36 | 3.00 | 0.00 | 05/19/2020 |
| 05/18/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 117.36 | 0.00 | 0.00 | 05/18/2020 |
| 05/18/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 120.36 | 3.00 | 0.00 | 05/18/2020 |
| 05/17/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 120.36 | 0.00 | 0.00 | 05/17/2020 |
| 05/17/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 123.36 | 3.00 | 0.00 | 05/17/2020 |
| 05/16/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 123.36 | 0.00 | 0.00 | 05/16/2020 |
| 05/16/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 126.36 | 3.00 | 0.00 | 05/16/2020 |
| 05/15/2020 | EPR | OID:100218922-ComisaryPur( | -39.52 | 126.36 | 0.00 | 0.00 | 05/15/2020 |
| 05/15/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 165.88 | 0.00 | 0.00 | 05/15/2020 |
| 05/15/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 168.88 | 3.00 | 0.00 | 05/15/2020 |
| 05/14/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 168.88 | 0.00 | 0.00 | 05/14/2020 |
| 05/14/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 171.88 | 3.00 | 0.00 | 05/14/2020 |
| 05/13/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 171.88 | 0.00 | 0.00 | 05/13/2020 |
| 05/13/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 174.88 | 3.00 | 0.00 | 05/13/2020 |
| 05/12/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 174.88 | 0.00 | 0.00 | 05/12/2020 |
| 05/12/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 177.88 | 3.00 | 0.00 | 05/12/2020 |
| 05/11/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 177.88 | 0.00 | 0.00 | 05/11/2020 |
| 05/11/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 180.88 | 3.00 | 0.00 | 05/11/2020 |
| 05/10/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 180.88 | 0.00 | 0.00 | 05/10/2020 |
| 05/10/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 183.88 | 3.00 | 0.00 | 05/10/2020 |
| 05/09/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 183.88 | 0.00 | 0.00 | 05/09/2020 |
| 05/09/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 186.88 | 3.00 | 0.00 | 05/09/2020 |
| 05/08/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 186.88 | 0.00 | 0.00 | 05/08/2020 |
| 05/08/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 189.88 | 3.00 | 0.00 | 05/08/2020 |
| 05/07/2020 | EPR | OID:100218396-ComisaryPur( | -49.75 | 189.88 | 0.00 | 0.00 | 05/07/2020 |
| 05/07/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 239.63 | 0.00 | 0.00 | 05/07/2020 |
| 05/07/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 242.63 | 3.00 | 0.00 | 05/07/2020 |
| 05/06/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 242.63 | 0.00 | 0.00 | 05/06/2020 |
| 05/06/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 245.63 | 3.00 | 0.00 | 05/06/2020 |
| 05/06/2020 | CYBERSUITE | 39823902 | 150.00 | 245.63 | 0.00 | 0.00 | 05/06/2020 |
| 05/05/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 95.63 | 0.00 | 0.00 | 05/05/2020 |
| 05/05/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 98.63 | 3.00 | 0.00 | 05/05/2020 |
| 05/04/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 98.63 | 0.00 | 0.00 | 05/04/2020 |
| 05/04/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 101.63 | 3.00 | 0.00 | 05/04/2020 |
| 05/03/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 101.63 | 0.00 | 0.00 | 05/03/2020 |
| 05/03/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 104.63 | 3.00 | 0.00 | 05/03/2020 |
| 05/02/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 104.63 | 0.00 | 0.00 | 05/02/2020 |
| 05/02/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 107.63 | 3.00 | 0.00 | 05/02/2020 |
| 05/01/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 107.63 | 0.00 | 0.00 | 05/01/2020 |
| 05/01/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 110.63 | 3.00 | 0.00 | 05/01/2020 |
| 04/30/2020 | EPR | OID:100217907-ComisaryPur( | -48.48 | 110.63 | 0.00 | 0.00 | 04/30/2020 |
| 04/30/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 159.11 | 0.00 | 0.00 | 04/30/2020 |
| 04/30/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 162.11 | 3.00 | 0.00 | 04/30/2020 |
| 04/29/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 162.11 | 0.00 | 0.00 | 04/29/2020 |
| 04/29/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 165.11 | 3.00 | 0.00 | 04/29/2020 |
| 04/28/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 165.11 | 0.00 | 0.00 | 04/28/2020 |
| 04/28/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 168.11 | 3.00 | 0.00 | 04/28/2020 |
| 04/27/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 168.11 | 0.00 | 0.00 | 04/27/2020 |
| 04/27/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 171.11 | 3.00 | 0.00 | 04/27/2020 |
| 04/26/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 171.11 | 0.00 | 0.00 | 04/26/2020 |

```
==================================================
                    MARION COUNTY JAIL
==================================================
                   Resident Account Summary
                 Tuesday, June 23, 2020  @14:39
================================================================================
For PIN: 0020554     JOHNSON, EUGENE CLARK
--------------------------------------------------------------------------------
   Date      Transaction  Description              Amount    Balance   Owed     Held     Reference
   ----------------------------------------------------------------------------------------------
04/26/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     174.11    3.00     0.00     04/26/2020
04/25/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     174.11    0.00     0.00     04/25/2020
04/25/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     177.11    3.00     0.00     04/25/2020
04/24/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     177.11    0.00     0.00     04/24/2020
04/24/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     180.11    3.00     0.00     04/24/2020
04/23/2020  EPR          OID:100217473-ComisaryPur -41.34    180.11    0.00     0.00     04/23/2020
04/23/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     221.45    0.00     0.00     04/23/2020
04/23/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     224.45    3.00     0.00     04/23/2020
04/22/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     224.45    0.00     0.00     04/22/2020
04/22/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     227.45    3.00     0.00     04/22/2020
04/21/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     227.45    0.00     0.00     04/21/2020
04/21/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     230.45    3.00     0.00     04/21/2020
04/20/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     230.45    0.00     0.00     04/20/2020
04/20/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     233.45    3.00     0.00     04/20/2020
04/20/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     233.45    0.00     0.00     04/20/2020
04/20/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     236.45    3.00     0.00     04/20/2020
04/20/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     236.45    0.00     0.00     04/20/2020
04/20/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     239.45    3.00     0.00     04/20/2020
04/19/2020  CYBERSUITE   31622373                  100.00    239.45    0.00     0.00     04/19/2020
04/17/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     139.45    0.00     0.00     04/17/2020
04/17/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     142.45    3.00     0.00     04/17/2020
04/16/2020  EPR          OID:100217022-ComisaryPur -33.12    142.45    0.00     0.00     04/16/2020
04/16/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     175.57    0.00     0.00     04/16/2020
04/16/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     178.57    3.00     0.00     04/16/2020
04/15/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     178.57    0.00     0.00     04/15/2020
04/15/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     181.57    3.00     0.00     04/15/2020
04/14/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     181.57    0.00     0.00     04/14/2020
04/14/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     184.57    3.00     0.00     04/14/2020
04/13/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     184.57    0.00     0.00     04/13/2020
04/13/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     187.57    3.00     0.00     04/13/2020
04/12/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     187.57    0.00     0.00     04/12/2020
04/12/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     190.57    3.00     0.00     04/12/2020
04/11/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     190.57    0.00     0.00     04/11/2020
04/11/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     193.57    3.00     0.00     04/11/2020
04/10/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     193.57    0.00     0.00     04/10/2020
04/10/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     196.57    3.00     0.00     04/10/2020
04/09/2020  EPR          OID:100216486-ComisaryPur -49.79    196.57    0.00     0.00     04/09/2020
04/09/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     246.36    0.00     0.00     04/09/2020
04/09/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     249.36    3.00     0.00     04/09/2020
04/08/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     249.36    0.00     0.00     04/08/2020
04/08/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     252.36    3.00     0.00     04/08/2020
04/07/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     252.36    0.00     0.00     04/07/2020
04/07/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     255.36    3.00     0.00     04/07/2020
04/06/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     255.36    0.00     0.00     04/06/2020
04/06/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     258.36    3.00     0.00     04/06/2020
04/05/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     258.36    0.00     0.00     04/05/2020
04/05/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     261.36    3.00     0.00     04/05/2020
04/04/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     261.36    0.00     0.00     04/04/2020
04/04/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     264.36    3.00     0.00     04/04/2020
04/03/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     264.36    0.00     0.00     04/03/2020
04/03/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     267.36    3.00     0.00     04/03/2020
04/02/2020  EPR          OID:100216108-ComisaryPur -49.61    267.36    0.00     0.00     04/02/2020
04/02/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     316.97    0.00     0.00     04/02/2020
04/02/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     319.97    3.00     0.00     04/02/2020
04/01/2020  CYBERSUITE   32531055                  150.00    319.97    0.00     0.00     04/01/2020
04/01/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     169.97    0.00     0.00     04/01/2020
04/01/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     172.97    3.00     0.00     04/01/2020
03/31/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     172.97    0.00     0.00     03/31/2020
03/31/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     175.97    3.00     0.00     03/31/2020
03/30/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     175.97    0.00     0.00     03/30/2020
03/30/2020  FOOD FEE     DAILY SUBSISTANCE FEE      3.00     178.97    3.00     0.00     03/30/2020
03/29/2020  <FOOD FEE>   DAILY SUBSISTANCE FEE     -3.00     178.97    0.00     0.00     03/29/2020
--------------------------------------------------------------------------------
                                    Page 3
```

```
================================================
                MARION COUNTY JAIL
================================================

                 Resident Account Summary
                Tuesday, June 23, 2020 @14:39
================================================================================
For PIN: 0020554    JOHNSON, EUGENE CLARK
--------------------------------------------------------------------------------
   Date    Transaction Description            Amount    Balance   Owed    Held     Reference
--------------------------------------------------------------------------------
03/29/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    181.97    3.00    0.00    03/29/2020
03/28/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    181.97    0.00    0.00    03/28/2020
03/28/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    184.97    3.00    0.00    03/28/2020
03/27/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    184.97    0.00    0.00    03/27/2020
03/27/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    187.97    3.00    0.00    03/27/2020
03/26/2020 ERF         OID:100215019-ComisaryRef 1.34   187.97    0.00    0.00    03/26/2020
03/26/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    186.63    0.00    0.00    03/26/2020
03/26/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    189.63    3.00    0.00    03/26/2020
03/25/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    189.63    0.00    0.00    03/25/2020
03/25/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    192.63    3.00    0.00    03/25/2020
03/24/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    192.63    0.00    0.00    03/24/2020
03/24/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    195.63    3.00    0.00    03/24/2020
03/23/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    195.63    0.00    0.00    03/23/2020
03/23/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    198.63    3.00    0.00    03/23/2020
03/22/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    198.63    0.00    0.00    03/22/2020
03/22/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    201.63    3.00    0.00    03/22/2020
03/21/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    201.63    0.00    0.00    03/21/2020
03/21/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    204.63    3.00    0.00    03/21/2020
03/20/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    204.63    0.00    0.00    03/20/2020
03/20/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    207.63    3.00    0.00    03/20/2020
03/19/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    207.63    0.00    0.00    03/19/2020
03/19/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    210.63    3.00    0.00    03/19/2020
03/18/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    210.63    0.00    0.00    03/18/2020
03/18/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    213.63    3.00    0.00    03/18/2020
03/17/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    213.63    0.00    0.00    03/17/2020
03/17/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    216.63    3.00    0.00    03/17/2020
03/16/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    216.63    0.00    0.00    03/16/2020
03/16/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    219.63    3.00    0.00    03/16/2020
03/15/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    219.63    0.00    0.00    03/15/2020
03/15/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    222.63    3.00    0.00    03/15/2020
03/14/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    222.63    0.00    0.00    03/14/2020
03/14/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    225.63    3.00    0.00    03/14/2020
03/13/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    225.63    0.00    0.00    03/13/2020
03/13/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    228.63    3.00    0.00    03/13/2020
03/12/2020 EPR         OID:100215019-ComisaryPur -49.60 228.63    0.00    0.00    03/12/2020
03/12/2020 ERF         OID:100214558-ComisaryRef  5.45  278.23    0.00    0.00    03/12/2020
03/12/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    272.78    0.00    0.00    03/12/2020
03/12/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    275.78    3.00    0.00    03/12/2020
03/11/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    275.78    0.00    0.00    03/11/2020
03/11/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    278.78    3.00    0.00    03/11/2020
03/10/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    278.78    0.00    0.00    03/10/2020
03/10/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    281.78    3.00    0.00    03/10/2020
03/09/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    281.78    0.00    0.00    03/09/2020
03/09/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    284.78    3.00    0.00    03/09/2020
03/08/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    284.78    0.00    0.00    03/08/2020
03/08/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    287.78    3.00    0.00    03/08/2020
03/07/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    287.78    0.00    0.00    03/07/2020
03/07/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    290.78    3.00    0.00    03/07/2020
03/06/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    290.78    0.00    0.00    03/06/2020
03/06/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    293.78    3.00    0.00    03/06/2020
03/05/2020 EPR         OID:100214558-ComisaryPur -49.83 293.78    0.00    0.00    03/05/2020
03/05/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    343.61    0.00    0.00    03/05/2020
03/05/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    346.61    3.00    0.00    03/05/2020
03/04/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    346.61    0.00    0.00    03/04/2020
03/04/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    349.61    3.00    0.00    03/04/2020
03/03/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    349.61    0.00    0.00    03/03/2020
03/03/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    352.61    3.00    0.00    03/03/2020
03/02/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    352.61    0.00    0.00    03/02/2020
03/02/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    355.61    3.00    0.00    03/02/2020
03/01/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    355.61    0.00    0.00    03/01/2020
03/01/2020 FOOD FEE    DAILY SUBSISTANCE FEE    3.00    358.61    3.00    0.00    03/01/2020
02/29/2020 <FOOD FEE>  DAILY SUBSISTANCE FEE   -3.00    358.61    0.00    0.00    02/29/2020
--------------------------------------------------------------------------------
                                   Page 4
```

```
===================================================
                  MARION COUNTY JAIL
===================================================

                 Resident Account Summary
                Tuesday, June 23, 2020  @14:39
      ==============================================================
For PIN: 0020554    JOHNSON, EUGENE CLARK
-----------------------------------------------------------------------------------
   Date     Transaction  Description              Amount    Balance    Owed    Held    Reference
-----------------------------------------------------------------------------------
02/29/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    361.61    3.00    0.00    02/29/2020
02/28/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    361.61    0.00    0.00    02/28/2020
02/28/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    364.61    3.00    0.00    02/28/2020
02/27/2020 EPR           OID:100214103-ComisaryPur -49.22    364.61    0.00    0.00    02/27/2020
02/27/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    413.83    0.00    0.00    02/27/2020
02/27/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    416.83    3.00    0.00    02/27/2020
02/26/2020 CYBERSUITE    37583706                  50.00    416.83    0.00    0.00    02/26/2020
02/26/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    366.83    0.00    0.00    02/26/2020
02/26/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    369.83    3.00    0.00    02/26/2020
02/25/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    369.83    0.00    0.00    02/25/2020
02/25/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    372.83    3.00    0.00    02/25/2020
02/24/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    372.83    0.00    0.00    02/24/2020
02/24/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    375.83    3.00    0.00    02/24/2020
02/23/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    375.83    0.00    0.00    02/23/2020
02/23/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    378.83    3.00    0.00    02/23/2020
02/22/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    378.83    0.00    0.00    02/22/2020
02/22/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    381.83    3.00    0.00    02/22/2020
02/21/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    381.83    0.00    0.00    02/21/2020
02/21/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    384.83    3.00    0.00    02/21/2020
02/20/2020 EPR           OID:100213679-ComisaryPur -45.74    384.83    0.00    0.00    02/20/2020
02/20/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    430.57    0.00    0.00    02/20/2020
02/20/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    433.57    3.00    0.00    02/20/2020
02/19/2020 CYBERSUITE    39990644                 197.00    433.57    0.00    0.00    02/19/2020
02/19/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    236.57    0.00    0.00    02/19/2020
02/19/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    239.57    3.00    0.00    02/19/2020
02/18/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    239.57    0.00    0.00    02/18/2020
02/18/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    242.57    3.00    0.00    02/18/2020
02/17/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    242.57    0.00    0.00    02/17/2020
02/17/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    245.57    3.00    0.00    02/17/2020
02/16/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    245.57    0.00    0.00    02/16/2020
02/16/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    248.57    3.00    0.00    02/16/2020
02/15/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    248.57    0.00    0.00    02/15/2020
02/15/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    251.57    3.00    0.00    02/15/2020
02/14/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    251.57    0.00    0.00    02/14/2020
02/14/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    254.57    3.00    0.00    02/14/2020
02/13/2020 EPR           OID:100213187-ComisaryPur -98.88    254.57    0.00    0.00    02/13/2020
02/13/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00    353.45    0.00    0.00    02/13/2020
02/13/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00    356.45    3.00    0.00    02/13/2020
02/12/2020 CYBERSUITE    31498484                 297.00    356.45    0.00    0.00    02/12/2020
02/12/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     59.45    0.00    0.00    02/12/2020
02/12/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     62.45    3.00    0.00    02/12/2020
02/11/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     62.45    0.00    0.00    02/11/2020
02/11/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     65.45    3.00    0.00    02/11/2020
02/10/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     65.45    0.00    0.00    02/10/2020
02/10/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     68.45    3.00    0.00    02/10/2020
02/09/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     68.45    0.00    0.00    02/09/2020
02/09/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     71.45    3.00    0.00    02/09/2020
02/08/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     71.45    0.00    0.00    02/08/2020
02/08/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     74.45    3.00    0.00    02/08/2020
02/07/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     74.45    0.00    0.00    02/07/2020
02/07/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     77.45    3.00    0.00    02/07/2020
02/06/2020 CYBERSUITE    32825814                  77.00     77.45    0.00    0.00    02/06/2020
02/06/2020 EPR           OID:100212763-ComisaryPur -20.53      0.45    0.00    0.00    02/06/2020
02/06/2020 ERF           OID:100212276-ComisaryRef   4.10     20.98    0.00    0.00    02/06/2020
02/06/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     16.88    0.00    0.00    02/06/2020
02/06/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     19.88    3.00    0.00    02/06/2020
02/05/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     19.88    0.00    0.00    02/05/2020
02/05/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     22.88    3.00    0.00    02/05/2020
02/04/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     22.88    0.00    0.00    02/04/2020
02/04/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     25.88    3.00    0.00    02/04/2020
02/03/2020 <FOOD FEE>    DAILY SUBSISTANCE FEE     -3.00     25.88    0.00    0.00    02/03/2020
02/03/2020 FOOD FEE      DAILY SUBSISTANCE FEE      3.00     28.88    3.00    0.00    02/03/2020
-----------------------------------------------------------------------------------
```

```
          ===================================================
                             MARION COUNTY JAIL
          ===================================================
                            Resident Account Summary
                          Tuesday, June 23, 2020  @14:39
          ==============================================================================
```

```
For PIN: 0020554     JOHNSON, EUGENE CLARK
--------------------------------------------------------------------------------
    Date       Transaction  Description              Amount    Balance   Owed      Held      Reference
--------------------------------------------------------------------------------
02/02/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     28.88     0.00      0.00      02/02/2020
02/02/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     31.88     3.00      0.00      02/02/2020
02/01/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     31.88     0.00      0.00      02/01/2020
02/01/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     34.88     3.00      0.00      02/01/2020
01/31/2020 FOOD FEE     VOID-DAILY SUBSISTANCE FEE -3.00     34.88     0.00      0.00      01/31/2020
01/31/2020 <FOOD FEE>   VOID-DAILY SUBSISTANCE FEE  3.00     34.88     3.00      0.00      01/31/2020
01/31/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     31.88     0.00      0.00      01/31/2020
01/31/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     34.88     3.00      0.00      01/31/2020
01/31/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     34.88     0.00      0.00      01/31/2020
01/31/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     37.88     3.00      0.00      01/31/2020
01/30/2020 EPR          OID:100212276-ComisaryPur -31.88     37.88     0.00      0.00      01/30/2020
01/30/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     69.76     0.00      0.00      01/30/2020
01/30/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     72.76     3.00      0.00      01/30/2020
01/29/2020 CYBERSUITE   36720552                   57.00     72.76     0.00      0.00      01/29/2020
01/29/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     15.76     0.00      0.00      01/29/2020
01/29/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     18.76     3.00      0.00      01/29/2020
01/28/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     18.76     0.00      0.00      01/28/2020
01/28/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     21.76     3.00      0.00      01/28/2020
01/27/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     21.76     0.00      0.00      01/27/2020
01/27/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     24.76     3.00      0.00      01/27/2020
01/26/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     24.76     0.00      0.00      01/26/2020
01/26/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     27.76     3.00      0.00      01/26/2020
01/25/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     27.76     0.00      0.00      01/25/2020
01/25/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     30.76     3.00      0.00      01/25/2020
01/24/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     30.76     0.00      0.00      01/24/2020
01/24/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     33.76     3.00      0.00      01/24/2020
01/23/2020 EPR          OID:100211963-ComisaryPur -45.74     33.76     0.00      0.00      01/23/2020
01/23/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     79.50     0.00      0.00      01/23/2020
01/23/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     82.50     3.00      0.00      01/23/2020
01/22/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     82.50     0.00      0.00      01/22/2020
01/22/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     85.50     3.00      0.00      01/22/2020
01/21/2020 <FOOD FEE>   DAILY SUBSISTENCE FEE      -3.00     85.50     0.00      0.00      01/21/2020
01/21/2020 FOOD FEE     DAILY SUBSISTENCE FEE       3.00     88.50     3.00      0.00      01/21/2020
01/19/2020 <FOOD FEE>   DAILY SUBSISTENCE FEE      -3.00     88.50     0.00      0.00      01/19/2020
01/19/2020 FOOD FEE     DAILY SUBSISTENCE FEE       3.00     91.50     3.00      0.00      01/19/2020
01/18/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     91.50     0.00      0.00      01/18/2020
01/18/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     94.50     3.00      0.00      01/18/2020
01/17/2020 <FOOD FEE>   DAILY SUBSISTENCE FEE      -3.00     94.50     0.00      0.00      01/17/2020
01/17/2020 FOOD FEE     DAILY SUBSISTENCE FEE       3.00     97.50     3.00      0.00      01/17/2020
01/16/2020 EPR          OID:100211556-ComisaryPur -136.99    97.50     0.00      0.00      01/16/2020
01/16/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00    234.49     0.00      0.00      01/16/2020
01/16/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00    237.49     3.00      0.00      01/16/2020
01/15/2020 <FOOD FEE>   DAILY SUBSISTENCE FEE      -3.00    237.49     0.00      0.00      01/15/2020
01/15/2020 FOOD FEE     DAILY SUBSISTENCE FEE       3.00    240.49     3.00      0.00      01/15/2020
01/14/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00    240.49     0.00      0.00      01/14/2020
01/14/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00    243.49     3.00      0.00      01/14/2020
01/13/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00    243.49     0.00      0.00      01/13/2020
01/13/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00    246.49     3.00      0.00      01/13/2020
01/12/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00    246.49     0.00      0.00      01/12/2020
01/12/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00    249.49     3.00      0.00      01/12/2020
01/11/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00    249.49     0.00      0.00      01/11/2020
01/11/2020 FOOD FEE     DAILY SUBSISTENCE FEE       3.00    252.49     3.00      0.00      01/11/2020
01/10/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00    252.49     0.00      0.00      01/10/2020
01/10/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00    255.49     3.00      0.00      01/10/2020
01/09/2020 EPR          OID:100211167-ComisaryPur -109.00   255.49     0.00      0.00      01/09/2020
01/09/2020 ERF          OID:100210492-ComisaryRef   6.40    364.49     0.00      0.00      01/09/2020
01/09/2020 ERF          OID:100210779-ComisaryRef   1.18    358.09     0.00      0.00      01/09/2020
01/09/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00    356.91     0.00      0.00      01/09/2020
01/09/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00    359.91     3.00      0.00      01/09/2020
01/08/2020 CYBERSUITE   36025599                  297.00    359.91     0.00      0.00      01/08/2020
01/08/2020 <FOOD FEE>   DAILY SUBSISTANCE FEE      -3.00     62.91     0.00      0.00      01/08/2020
01/08/2020 FOOD FEE     DAILY SUBSISTANCE FEE       3.00     65.91     3.00      0.00      01/08/2020
--------------------------------------------------------------------------------
```

Resident Account Summary
Tuesday, June 23, 2020  @14:39

For PIN: 0020554    JOHNSON, EUGENE CLARK

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 01/07/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 65.91 | 0.00 | 0.00 | 01/07/2020 |
| 01/07/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 68.91 | 3.00 | 0.00 | 01/07/2020 |
| 01/06/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 68.91 | 0.00 | 0.00 | 01/06/2020 |
| 01/06/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 71.91 | 3.00 | 0.00 | 01/06/2020 |
| 01/05/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 71.91 | 0.00 | 0.00 | 01/05/2020 |
| 01/05/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 74.91 | 3.00 | 0.00 | 01/05/2020 |
| 01/04/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 74.91 | 0.00 | 0.00 | 01/04/2020 |
| 01/04/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 77.91 | 3.00 | 0.00 | 01/04/2020 |
| 01/03/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 77.91 | 0.00 | 0.00 | 01/03/2020 |
| 01/03/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 80.91 | 3.00 | 0.00 | 01/03/2020 |
| 01/02/2020 | EPR | OID:100210779-ComisaryPur( | -143.29 | 80.91 | 0.00 | 0.00 | 01/02/2020 |
| 01/02/2020 | ERF | OID:100210212-ComisaryRef1 | 1.86 | 224.20 | 0.00 | 0.00 | 01/02/2020 |
| 01/02/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 222.34 | 0.00 | 0.00 | 01/02/2020 |
| 01/02/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 225.34 | 3.00 | 0.00 | 01/02/2020 |
| 01/01/2020 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 225.34 | 0.00 | 0.00 | 01/01/2020 |
| 01/01/2020 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 228.34 | 3.00 | 0.00 | 01/01/2020 |
| 12/31/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 228.34 | 0.00 | 0.00 | 12/31/2019 |
| 12/31/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 231.34 | 3.00 | 0.00 | 12/31/2019 |
| 12/30/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 231.34 | 0.00 | 0.00 | 12/30/2019 |
| 12/30/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 234.34 | 3.00 | 0.00 | 12/30/2019 |
| 12/29/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 234.34 | 0.00 | 0.00 | 12/29/2019 |
| 12/29/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 237.34 | 3.00 | 0.00 | 12/29/2019 |
| 12/28/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 237.34 | 0.00 | 0.00 | 12/28/2019 |
| 12/28/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 240.34 | 3.00 | 0.00 | 12/28/2019 |
| 12/27/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 240.34 | 0.00 | 0.00 | 12/27/2019 |
| 12/27/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 243.34 | 3.00 | 0.00 | 12/27/2019 |
| 12/26/2019 | CYBERSUITE | 38220233 | 197.00 | 243.34 | 0.00 | 0.00 | 12/26/2019 |
| 12/26/2019 | EPR | OID:100210492-ComisaryPur( | -148.50 | 46.34 | 0.00 | 0.00 | 12/26/2019 |
| 12/26/2019 | <MEDICAL> | MEDICATIONOTC | -10.00 | 194.84 | 0.00 | 0.00 | 12/26/2019 |
| 12/26/2019 | MEDICAL | MEDICATIONOTC | 10.00 | 204.84 | 10.00 | 0.00 | 12/26/2019 |
| 12/26/2019 | <MEDICAL> | MEDICALNURSEVISIT | -5.00 | 204.84 | 0.00 | 0.00 | 12/26/2019 |
| 12/26/2019 | MEDICAL | MEDICALNURSEVISIT | 5.00 | 209.84 | 5.00 | 0.00 | 12/26/2019 |
| 12/26/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 209.84 | 0.00 | 0.00 | 12/26/2019 |
| 12/26/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 212.84 | 3.00 | 0.00 | 12/26/2019 |
| 12/25/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 212.84 | 0.00 | 0.00 | 12/25/2019 |
| 12/25/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 215.84 | 3.00 | 0.00 | 12/25/2019 |
| 12/24/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 215.84 | 0.00 | 0.00 | 12/24/2019 |
| 12/24/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 218.84 | 3.00 | 0.00 | 12/24/2019 |
| 12/23/2019 | <FOOD FEE> | DAILY SUBSISTANCE FEE | -3.00 | 218.84 | 0.00 | 0.00 | 12/23/2019 |
| 12/23/2019 | FOOD FEE | DAILY SUBSISTANCE FEE | 3.00 | 221.84 | 3.00 | 0.00 | 12/23/2019 |

Eugene Johnson 0020554
3290 N.W. 10th St.
Ocala, FL. 34475

JACKSONVILLE FL 320

INMATE MAIL



SCREENED By USMS

United States District Court
Golden-Collum Memorial Bldg. & U.S. Courthouse
207 N.W. Second St. Rm. 337
Ocala, Florida 34475-6666

34475-666687